IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CERDA INDUSTRIES, INC.**, a Texas corporation, and **SHORMAX, INC.**, A Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**NTS MIKEDON LLC**, a Texas corporation,<br><br>Defendant. | Civil Action No. 4:08-cv-01127<br><br>JURY DEMANDED |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs CERDA INDUSTRIES, INC. and SHORMAX, INC. file their Certificate of Interested Parties and would respectfully show the court as follows:

The following persons have a financial interest in the outcome of this litigation:

1. CERDA INDUSTRIES, INC.
2. SHORMAX, INC.
3. NTS MIKEDON LLC

Respectfully submitted,

/s/ Barry Heslop
Barry Heslop
Texas State Bar No. 00784265
Southern District of Texas Bar No. 17600
1111 Heights Boulevard
Houston, TX 77008
Telephone: 713.426.0777
Facsimile: 713.426.0707
bchcourt@hesloplaw.com
Attorney-in-charge for Plaintiffs

OF COUNSEL:
Daniel B. Schein
SCHEIN & CAI LLP
California State Bar No. 196,595
100 Century Center Court, Suite 315
San Jose, CA 95112
757-965-5218
757-965-6775
dan@shineoffice.com
pro hac vice to be submitted
Attorneys of Record for Plaintiffs,
CERDA INDUSTRIES, INC.
SHORMAX, INC.