IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CERDA INDUSTRIES, INC. and SHORMAX, INC.<br>Plaintiffs<br><br>v.<br><br>NTS MIKEDON, LLC.<br>Defendant. | Civil Action No. 4:08-cv-01127 |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant NTS Mikedon LLC. file this Certificate of Interested Parties:

1. The undersigned Attorney-in-Charge for NTS Mikedon LLC., states that to the best of his knowledge the following is a full list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Cerda Industries, Inc., Plaintiff
Shormax, Inc., Plaintiff
NTS Mikedon, LLC, Defendant

2. The undersigned attorney-in-charge further certifies that the following is a full and complete list of all persons and firms serving as attorneys for the named parties.

For Plaintiff:
Barry Heslop
Daniel B. Schein (Of counsel)

Schein & Cai, LLP

For Defendant:
Eugene B. Wilshire
Wilshire Scott & Dyer, P.C. (Of Counsel)

3. If new parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, counsel will amend this disclosure.

Respectfully Submitted,

*[signature]*

Eugene B. Wilshire
State Bar No. 21665500
3000 One Houston Center
Houston, Texas 77010
(713) 651-1221
(713) 651-0020 (Facsimile)

ATTORNEY-IN-CHARGE FOR DEFENDANTS
NTS MIKEDON, LLC

Of Counsel:

Wilshire Scott & Dyer, P.C.

## Certificate of Service

The undersigned certifies that a true copy of the foregoing was served on Counsel for Defendants on this 6th day of May, 2008, as follows:

*Facsimile 713-426-0707*
Barry C. Heslop, Esq.
1111 Heights Boulevard
Houston, Texas 77008
Facsimile: (713) 426-0707

                                                  _____
                                                  Eugene B. Wilshire