**UNITED STATES DISTRICT COURT**   **SOUTHERN DISTRICT OF TEXAS**

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

JUL 1 4 2008

Michael N. Milby
Clerk of Court

| Division | HOUSTON | Case Number | 4:08-cv-01127 |
|---|---|---|---|
| CERDA INDUSTRIES, INC. and SHOREMAX, INC. | | | |
| *versus* | | | |
| NYS MIKEDON LLC | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | |
|---|---|
| **Name** | Daniel Bradley Schein |
| **Firm** | Daniel B. Schein, Ph.D., ESQ., INC. |
| **Street** | 4510 Holland Office Park, Suite 517 |
| **City & Zip Code** | Virginia Beach, VA 23452-1140 |
| **Telephone** | (757) 965-5218 |
| **Licensed: State & Number** | California State Bar No. 196595 |
| **Admitted U.S. District Court for:** | Northern District of California |

**Seeks to appear as the attorney for this party:**

| |
|---|
| CERDA INDUSTRIES, INC. and SHOREMAX, INC. |
| Dated: 10 July 2008   Signed: *Daniel B Schein* |

## ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.   _____

                                **United States District Judge**