# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 4 2008

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Case Number | 4:08-cv-01127 |

| CERDA INDUSTRIES, INC. and SHOREMAX, INC. |

*versus*

| NYS MIKEDON LLC |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:



Daniel Bradley Schein
Daniel B. Schein, Ph.D., ESQ., INC.
4510 Holland Office Park, Suite 517
Virginia Beach, VA 23452-1140
(757) 965-5218
California State Bar No. 196595
Northern District of California

Seeks to appear as the attorney for this party:

| CERDA INDUSTRIES, INC. and SHOREMAX, INC. |

| Dated: 10 July 2008 | Signed: Daniel B. Schein |

### ORDER

This lawyer is admitted *pro hac vice.*

Signed on July 15, 2009

United States District Judge

SDTX (d_prohac.ord)
02/03/98